# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| KONINKLIJKE KPN N.V. | Civil Action No. 2:14-cv-1165 |
| Plaintiff, | Jury Trial Requested |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., *et al.* | |
| Defendants. | |
| KONINKLIJKE KPN N.V. | Civil Action No. 2:15-cv-948 |
| Plaintiff, | Jury Trial Requested |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD., *et al.* | |
| Defendants. | |

## ORDER GRANTING DEFENDANTS' MOTION TO SUPPLEMENT INVALIDITY CONTENTIONS

Before the Court is Defendants' Motion to Supplement its Invalidity Contentions.  After consideration of said motion, the Court finds that Defendants' Motion to Supplement its Invalidity Contentions  is hereby GRANTED.

1